# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES E. LEWIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-195 |
| DR. MOREZZ AND CORRECT HEALTH, | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff has been notified twice of deficiencies in his complaint. *See* doc. 2, doc. 3 (notice of deficiencies dated August 9, 2019 and August 13, 2019 respectively). Rather than either paying the fee or submitting a motion for leave to proceed *in forma pauperis*, plaintiff submitted a letter indicating that he placed the forms in the mail. Doc. 4. As the Court has not yet received any such mail, the Court will construe this letter as a request for an extension of time. As a result, Plaintiff shall have thirty days from the date of this Order to remedy the deficiencies noted by returning a signed complaint and by either paying the filing fee or filing a

motion for leave to proceed *in forma pauperis*.  Failure to do so will result in a recommendation of dismissal.

**SO ORDERED,** this 13th day of November, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA