# United States District Court
## Southern District of Georgia

JAMES E. LEWIS

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19CV-195

DR. MORREZZ and CORRECT HEALTH,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 11, 2020 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed without prejudice. The case stands closed.

4/13/20                  John E. Triplett, Acting Clerk
*Date*                         *Clerk*

*(By) Deputy Clerk*